UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN RAMON REGIONAL MEDICAL CENTER, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: C 10-2258 SBA<br><br>**ORDER REVISING BRIEFING SCHEDULE** |

This matter is scheduled for hearing on September 21, 2010, for Defendant's motion to dismiss and a Case Management Conference. To expedite matters, the Court revises the briefing schedule specified in Civil Local Rule 7-3 as follows:

1. Defendant's reply shall be filed by no later than July 16, 2010.

2. The Court, in its discretion, may decide the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78(b), in which case no appearance for the motion or the Case Management Conference will be necessary. The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: June 23, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge