UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN RAMON REGIONAL MEDICAL CENTER, INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 25, inclusive,<br><br>          Defendants. | Case No: C 10-02258 SBA<br><br>**ORDER** |

　　　　Plaintiff San Ramon Regional Medical Center filed the instant action against Defendant Principal Life Insurance Company in Contra County Superior Court on March 9, 2010.  On May 25, 2010, Defendant removed the action to this Court, pursuant to 28 U.S.C. § 1441, on the basis of federal question, id. § 1331, and diversity jurisdiction, id. § 1332.  Notice of Removal, Dkt. 1.  The parties are now before the Court on Defendant's motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).  In adjudicating a Rule 12(b)(6) motion, the court is to "accept all factual allegations in the complaint as true and construe the pleadings in the light most favorable to the nonmoving party."  Outdoor Media Group, Inc. v. City of Beaumont, 506 F.3d 895, 899-900 (9th Cir. 2007).  However, the Court is unable to review the Complaint because Defendant failed to attach a complete copy of such pleading to its notice of removal, as required by 28 U.S.C. § 1446(a).  Accordingly, within two (2) days of the date this Order is filed, Defendant shall file an amended notice of removal that attaches a <u>complete</u> copy of the Complaint filed by Plaintiff in state court.

　　　　IT IS SO ORDERED.

Dated: September 16, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge